**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| RICHARD and CORINNE MURRAY,<br><br>Plaintiffs,<br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, GLOBAL LENDING SERVICES LLC<br><br>Defendants. | Case No.: 8:24-cv-00610-MSS-AEP<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT GLOBAL LENDING SERVICES LLC ONLY** |

**NOTICE IS HEREBY GIVEN** that Plaintiffs Richard and Corinne Murray and Defendant Global Lending Services LLC, ("GLS"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter, as to Defendant Global Lending Services LLC only. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.[1]

[1] On May 6, 2024, the parties filed a stipulation to arbitrate the claims between Plaintiff and GLS and requested a stay of proceedings as to those claims pending the completion of the arbitration. *See* ECF No. 40. By order dated May 7, 2024, the Court directed the clerk to rename the stipulation as a motion. *See* ECF No. 41. To date, no action has been taken on the docket with respect to the stipulation.

RESPECTFULLY SUBMITTED this 14th day of June 2024

**CONSUMER ATTORNEYS**

/*s/ Catherine Tillman*

Catherine Tillman, Esq., FL #0057663
CONSUMER ATTORNEYS
8245 N. 85th Way
Scottsdale, AZ 85258
T: (941) 263-7310
F: (718) 715-1750
E: ctillman@consumerattorneys.com

*Attorneys for Plaintiffs,*
*Richard and Corinne Murray*