**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

RICHARD and CORINNE MURRAY,

Plaintiffs,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, GLOBAL LENDING SERVICES LLC.

Defendants.

Case No.: 8:24-cv-00610-MSS-LSG

**NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

**NOTICE IS HEREBY GIVEN** that Plaintiffs Richard and Corinne Murray and Defendant Experian Information Solutions, Inc., have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as there are no remaining Defendants. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

//

Dated: November 26, 2024

*/s/ Moshe Boroosan*
Moshe Boroosan, Bar No. 5429915
CONSUMER ATTORNEYS
72-47 139th Street
Flushing, New York 11367
T: (718) 887-2926
F: (718) 715-1750
Email: mboroosan@consumerattorneys.com

Catherine Tillman, Esq., FL #0057663
CONSUMER ATTORNEYS
8245 N. 85th Way
Scottsdale, AZ 85258
T: (941) 263-7310
F: (718) 715-1750
E: ctillman@consumerattorneys.com

*Attorneys for Plaintiffs,*
*Richard and Corinne Murray*

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Emily Bonner*